JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PATRICIA COE,

          Plaintiff,

vs.

NANCY BERRYHILL, Acting Commissioner of Social Security,

          Defendant.

Case No. 2:16-cv-09076 (VEB)

JUDGMENT

For the reasons set forth in the accompanying Decision and Order, it is hereby DECREED THAT (1) the Commissioner's decision is REVERSED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor

and this case is REMANDED for further proceedings consistent with the Decision and Order; and (4) this case is CLOSED.

DATED this 12th day of April 2018,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE